IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WAYNE LEE HINZE,<br><br>    Defendant. | Case No. 3:23-cr-00007-JMK-KFR |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A Notice of Stipulated Factual Basis was filed in this case at Docket 28. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Hinze entered a guilty plea to Counts 1 of the Indictment, which is a violation of 18 U.S.C. § 2250(a), Failure to Register as a Sex Offender.

Judge Reardon issued a Final Report and Recommendation at Docket 32, in which he recommended that the District Court accept the Defendant's plea of guilty to Count 1. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1, Failure to Register as a Sex Offender. Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence hearing in this matter set for August 8, 2023, at 1:00 p.m. is VACATED and RESET for August 9, 2023 at 1:30 PM in Courtroom 3.

DATED this 6th day of June, 2023 at Anchorage, Alaska.

          */s/ Joshua M. Kindred*
          JOSHUA M. KINDRED
          United States District Judge

*United States v. Hinze*  Case No. 3:23-cr-00007-JMK-KFR
Order re Final Report and Recommendation  Page 2
Case 3:23-cr-00007-JMK-KFR   Document 33   Filed 06/06/23   Page 2 of 2